## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| BRIANNA BELK, et al., on behalf of herself and other similarly situated, | ) ) ) | CASE NO. 1:18-cv-01954 |
| PLAINTIFFS, | ) ) | JUDGE PAMELA A BARKER |
| vs. | ) ) | JUDGMENT ENTRY |
| | ) | |
| LE CHAPERONE ROUGE COMPANY, et al., | ) ) ) | |
| DEFENDANTS. | ) ) | |

For the reasons set forth in the contemporaneously filed final order approving the Rule 23 settlement, the parties' joint motion for final approval of the FLSA settlement and Rule 23 class action settlement (Doc. No. 98-1) is GRANTED. The Settlement Agreement is hereby APPROVED as it is a fair and reasonable resolution of a bona fide dispute under federal and state law. The parties are to bear their respective attorneys' fees and costs except as provided in the Settlement Agreement. The Court retains jurisdiction over this action for the purpose of enforcing the settlement. This case is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: October 14, 2020

**HONORABLE PAMELA A. BARKER**
**UNITED STATES DISTRICT JUDGE**